# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3270

Jennifer Porter

Appellant

v.

Kilolo Kijakazi, Acting Commissioner of Social Security

Appellee

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-01075-BRW)

___

**CORRECTED ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until December 16, 2022 to file the brief, appendix, and the administrative record.

December 13, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans